IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA ALLEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE RESOURCE CENTER, INC. | : | No. 12-7173 |

ORDER

AND NOW, this 28th day of May, 2013, upon consideration of the plaintiffs' motion for default judgment (Docket No. 4), whereas the plaintiff has now filed a notice pursuant to Fed. R. Civ. P. 41(a)(1) dismissing the case without prejudice, IT IS HEREBY ORDERED that the motion is DENIED as moot.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.